EILEEN M. DECKER
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
  Federal Building, Suite 7211
  300 North Los Angeles Street
  Los Angeles, California 90012
  Telephone: (213) 894-6551
  Facsimile: (213) 894-0115
  E-mail: andrew.t.pribe@usdoj.gov

JS-6

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JOHN R. RAY,<br><br>  Plaintiff /<br>  Counterdefendant<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant /<br>  Counterplaintiff | Case No.: EDCV 15-2465 JGB(SPx)<br><br>Judgment |

On the stipulation of the parties and for good cause shown:

1. Regarding the United States of America's claim against John R. Ray, judgment is entered in favor of the United States and against John R. Ray in the amount of $212,862.73 as of December 22, 2016, plus all subsequent statutory interest. Statutory interest includes prejudgment interest until the date of judgment and post-judgment interest thereafter as set forth in 26 U.S.C. § 6621 and 28 U.S.C. § 1961(c)(1).

2. Regarding John R. Ray's claim against the United States, judgment is entered in favor of the United States.

IT IS SO ORDERED.

Dated: January 19, 2017

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

1